UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EJ JAN, LLC and MICHAEL LONG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2048-K |
| | § | |
| CHESAPEAKE ENERGY CORP., | § | |
| CHESAPEAKE OPERATING LLC, | § | |
| CHESAPEAKE ENERGY | § | |
| MARKETING, INC., STATOIL | § | |
| USA ONSHORE PROPERTIES INC., | § | |
| ANDARKO E&P ONSHORE LLC, | § | |
| MITSUI E&P USA LLC, | § | |
| CHIEF EXPLORATION AND | § | |
| DEVELOPMENT, LLC, and | § | |
| LARCHMONT RESOURCES, LLC. | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION TO REMAND

Came on for consideration the parties' Agreed Motion to Remand in the above-entitled action.  The Court, having reviewed the Agreed Motion, the record, and all applicable authorities, has concluded that remand is appropriate, and the Agreed Motion should be granted.

IT IS, THEREFORE, ORDERED THAT:  The Agreed Motion to Remand is hereby **GRANTED**, and this case is hereby remanded to the 44th Judicial District Court of Dallas County, Texas.  It is further ordered that each party shall be responsible for its

1

own costs and attorneys' fees incurred as a result of Defendants' removal of this action to this Court.

**SO ORDERED**.

Signed June 30th , 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE